IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 2:15-CR-00081 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| **THOMAS G. THOMPSON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

On September 22, 2015, this Court issued an Order directing, among other things, that Defendant Thomas G. Thompson "shall submit to a debtor's examination, pursuant to the terms of his plea agreement, during the week of October 19, 2015." (Doc. 33 at 2.) The Court has since learned that although Defendant Thompson sat for a debtor's examination and was questioned by counsel for the Government and counsel for the Dispatch Printing Company, a plaintiff in the related civil case *Williamson v. Recovery Limited Partnership*, No. 2:06-CV-0292, the Government and the Dispatch Printing Company as well as Receiver Ira Kane all contend that Defendant was not forthcoming in his answers to counsels' questions. After the first day of questioning, Defendant canceled the next session of the examination, which had been scheduled for Monday, October 26, 2015.

The Court hereby **ORDERS** Defendant to submit to a second debtor's examination by the Government and the *Williamson* plaintiffs. The Court further **ORDERS** Defendant to comply with the terms of his plea agreement, in particular, Section 4(a), in which he agreed to the following:

1

> Defendant agrees to assist the Parties in Case No. 06-CV-0292, and any other party identified by the Court as having an interest, in identifying and recovering assets. Defendant agrees to testify under oath at a proceeding, amounting to a debtor's examination, to identify and recover assets. This examination shall include, but is not limited to, questions regarding the gold strike commemorative coins which were the subject of previous orders in Case No. 06-CV-0292.

(Plea Agreement, Doc. 14 at 2.)

The debtor's examination shall take place within two weeks of the date of this Order. If the parties are unable to complete the debtor's examination before the date of Defendant's scheduled sentencing hearing, November 24, 2015, the parties shall notify the Court, and the Court may reschedule the sentencing hearing.

If Thompson does not comply with the Court's Order to sit for the debtor's examination, he will be ordered to show cause why he should not be held in civil or criminal contempt for failure to comply with a Court order.

**IT IS SO ORDERED.**

                                                _s/Algenon L. Marbley_
                                                **ALGENON L. MARBLEY**
                                                **United States District Judge**

**DATE: November 16, 2015**