IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,          **NOTICE**

vs.          Case No. CR2-15-81

         JUDGE MARBLEY

Thomas G. Thompson,

        Defendant,

        **TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

*Place:*     UNITED STATES DISTRICT COURT      **COURTROOM # 1**
            319 U.S. Courthouse
            85 Marconi Boulevard                    **November 24, 2015 @ 10:15 A.M.**
            Columbus OH  43215

TYPE OF PROCEEDING: **STATUS CONFERENCE**

                                                          ALGENON L. MARBLEY
                                                          United States District Judge

DATE: November 19, 2015

                                                          *Betty L. Clark*
                                                       (By) Betty L. Clark, Deputy Clerk
                                                           (614) 719-3265

TO:     Doug Squires, Esq., 303 Marconi Blvd., Ste. 200 Columbus OH  43215
           Sam Shamansky, Esq.,   St., Columbus OH  43215
           U.S. Pretrial Services, U.S. Courthouse, Columbus OH 43215
           U.S. Probation, U.S. Courthouse, Columbus OH  43215
           U.S. Marshal, U.S. Courthouse, Columbus OH  43215