

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

2018 NOV -5 PM 1:51

UNITED STATES OF AMERICA, :

    Plaintiff,            : CASE NO. 2:15-cr-00081-001

v.                           : JUDGE MARBLEY

THOMAS G. THOMPSON, :

    Defendant. :

## PRO SE MOTION OF THOMAS G. THOMPSON FOR ENLARGEMENT OF TIME TO FILE MOTION FOR TESTING / EVALUATION

Defendant Thomas G. Thompson, pro se, pursuant to the status hearing of October 5, 2018, was given 30 days in which to move this Court for an Order for medical testing/evaluation.

Mr. Thompson is involved in a trial in state court before the Hon. Laurel Beatty Blunt, and that trial is scheduled to run through Nov. 21, 2018. He has not been able to prepare the necessary motion to this Court regarding his need for medical testing and evaluation.

Accordingly, Mr. Thompson moves this Court for an enlargement of time of 30 days to allow him to prepare and submit said motion to this Court.

**Respectfully submitted:**

_____s_____
Thomas G. Thompson
__11/5/18__
Date

**Certificate of Service:**

I certify that on Nov. 5, 2018 a copy of the foregoing was filed with the Clerk of Courts, and will or should be served on all counsel of record through the Court's ESF System.

_____s_____
Thomas G. Thompson
__11/5/18__
Date