IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 2:15-CR-00081 |
| | : JUDGE ALGENON L. MARBLEY |
| THOMAS G. THOMPSON, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant's Pro Se Motion for Additional Enlargement of Time. (ECF No. 155). For good cause shown, the Motion is **GRANTED**. The Defendant is directed to file his Motion for Medical Testing/Evaluation no later than **January 5, 2019**.

**IT IS SO ORDERED.**

                                                                                   s/Algenon L. Marbley
                                                                                   ALGENON L. MARBLEY
                                                                                   UNITED STATES DISTRICT JUDGE

DATED: December 14, 2018