**EXHIBIT A**

| | | |
|---|---|---|
| Inmate Name: THOMPSON, THOMAS G | Sex: M  Race: WHITE | Reg #: 07332-104 |
| Date of Birth: 04/15/1952 | Provider: Scherle, Gregory A. | Facility: MIL |
| Encounter Date: 01/21/2020 08:28 | | Unit: D03 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

Indication: Pain in unspecified foot

amLODIPine Tablet — 01/21/2020 08:28

Prescriber Order: 10 mg Orally - daily x 180 day(s)

Indication: Essential (primary) hypertension

Nitroglycerin Sublingual Tablet — 01/21/2020 08:28

Prescriber Order: 0.4 mg Sublingually - daily PRN x 1 day(s) -- Place one tablet under tongue at onset of chest pain. May repeat in 5 minute intervals for 2 more doses. Total 3 doses. Please provide only 3 tablets.

Indication: Atherosclerosis, Chest pain, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 153951-MIL | Isosorbide Mononitrate ER 30 MG 24 hour Tab | 01/21/2020 08:28 |

Prescriber Order: Take two tablets (60 MG) by mouth daily (every day) for prevention/ reduction of chest pain ***Do Not Crush*** ***note increased dose*** 5-24-19 x 180 day(s)

Indication: Chest pain, unspecified

155380-MIL  LevoTHYROXINE Sodium 50 MCG Tab — 01/21/2020 08:28

Prescriber Order: Take three tablets (150 MCG) by mouth each morning on empty stomach Take with a glassful of water ***note decreased dose*** 10-17-18
Goal/Normal TSH: 0.5-5
Actual TSH: 0.04 (while on 175 mcg) 10/18 x 180 day(s)

Indication: Hypothyroidism unspecified

153956-MIL  Metoprolol Tartrate 25 MG Tab — 01/21/2020 08:28

Prescriber Order: Take one tablet (25 MG) by mouth twice daily with food for high blood pressure (do not abruptly stop taking, may cause severe high blood pressure) ***note increased dose*** 7/18 x 180 day(s)

Indication: Benign hypertensive heart dis w/o heart failure

153957-MIL  Rosuvastatin Calcium 20 MG Tab — 01/21/2020 08:28

Prescriber Order: Take one tablet (20 MG) by mouth daily for control of cholesterol REPLACED ATORVASTATIN 5-22-18 x 180 day(s)

Indication: Hyperlipidemia, unspecified

153959-MIL  Ticagrelor 90 MG Tablet — 01/21/2020 08:28

Prescriber Order: Take one tablet (90 MG) by mouth twice daily NEW 6-19-19 x 180 day(s)

Indication: Atherosclerosis

153960-MIL  valACYclovir 1 Gram Tab — 01/21/2020 08:28

Prescriber Order: Take one tablet (1 GM) by mouth daily REPLACES ACYCLOVIR 4-1-18 x 180 day(s)

Indication: Herpesviral infection

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 153949-MIL | amLODIPine 5 MG TAB | 01/21/2020 08:28 |

Prescriber Order: Take one tablet (5 MG) by mouth daily for blood pressure ***note decreased dose*** 12-4-18

Discontinue Type: When Pharmacy Processes

Discontinue Reason: new order written

Indication:

156740-MIL  Amitriptyline 50 MG Tab — 01/21/2020 08:28

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** MIL--MILAN FCI | **Begin Date:** 01/01/2020 | **End Date:** 03/26/2020 |
| **Inmate:** THOMPSON, THOMAS G | **Reg #:** 07332-104 | **Quarter:** D03-128L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Acyclovir and Related | Nausea | 02/28/2018 |
| 2/28/18: per written Request to Staff Member, states frequent doses of acyclovir is causing upset stomach/nausea | | |
| Atorvastatin Calcium | Intolerance-other | 04/26/2018 |
| myalgias, particularly in back | | |
| Lisinopril | Intolerance-other | 01/22/2020 |
| cough | | |

## Active Prescriptions

**amLODIPine 5 MG TAB**
Take one tablet (5 MG) by mouth daily for blood pressure ***note decreased dose*** 12-4-18
  Rx#: 153949-MIL    Doctor: Scherle, Gregory A. MD/CD
  Start: 07/30/19    Exp: 01/26/20    D/C: 01/23/20    Pharmacy Dispensings: 150 TAB in 240 days

**amLODIPine 10 MG TAB**
Take one tablet (10 MG) by mouth daily to control blood pressure ***note increased dose*** 1-23-2020
  Rx#: 160213-MIL    Doctor: Scherle, Gregory A. MD/CD
  Start: 01/23/20    Exp: 07/21/20    Pharmacy Dispensings: 75 TAB in 63 days

**Amitriptyline 50 MG Tab**
Take one tablet (50 MG) by mouth at bedtime ***pill line*** ***crush/empty*** ***note increased dose*** 9-10-19 ***pill line***
  Rx#: 156740-MIL    Doctor: Scherle, Gregory A. MD/CD
  Start: 10/17/19    Exp: 03/08/20    D/C: 01/23/20    Pharmacy Dispensings: 91 TAB in 161 days

**Amitriptyline 75 MG Tab**
Take one tablet (75 MG) by mouth at bedtime ***pill line*** ***crush/empty*** ***note increased dose*** 1-23-2020 ***pill line***
  Rx#: 160214-MIL    Doctor: Scherle, Gregory A. MD/CD
  Start: 01/23/20    Exp: 07/21/20    Pharmacy Dispensings: 90 TAB in 63 days

**Aspirin 81 MG EC Tab**
Take one tablet (81 MG) by mouth each day with food ***Do Not Crush*** to reduce stroke/heart attack risk
  Rx#: 153950-MIL    Doctor: Scherle, Gregory A. MD/CD
  Start: 07/30/19    Exp: 07/29/20    Pharmacy Dispensings: 210 TAB in 240 days

**Isosorbide Mononitrate ER 30 MG 24 hour Tab**

| | | | |
|---|---|---|---|
| **Complex:** MIL--MILAN FCI | | **Begin Date:** 01/01/2020 | **End Date:** 03/26/2020 |
| **Inmate:** THOMPSON, THOMAS G | | **Reg #:** 07332-104 | **Quarter:** D03-128L |

## Active Prescriptions

Take two tablets (60 MG) by mouth daily (every day) for prevention/ reduction of chest pain ***Do Not Crush*** ***note increased dose*** 5-24-19

**Rx#:** 153951-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 07/30/19    **Exp:** 01/26/20    **D/C:** 01/23/20    **Pharmacy Dispensings:** 300 TAB in 240 days

Isosorbide Mononitrate ER  30 MG 24 hour Tab

Take two tablets (60 MG) by mouth daily (every day) for prevention/ reduction of chest pain ***Do Not Crush*** ***note increased dose*** 5-24-19

**Rx#:** 160215-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 01/23/20    **Exp:** 07/21/20    **Pharmacy Dispensings:** 120 TAB in 63 days

LevoTHYROXINE Sodium  50 MCG Tab

Take three tablets (150 MCG) by mouth each morning on empty stomach Take with a glassful of water ***note decreased dose*** 10-17-18
Goal/Normal TSH: 0.5-5
Actual TSH: 0.04 (while on 175 mcg) 10/18

**Rx#:** 155380-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 09/12/19    **Exp:** 01/26/20    **D/C:** 01/23/20    **Pharmacy Dispensings:** 408 TAB in 196 days

LevoTHYROXINE Sodium  50 MCG Tab

Take three tablets (150 MCG) by mouth each morning on empty stomach Take with a glassful of water ***note decreased dose*** 10-17-18
Goal/Normal TSH: 0.5-5
Actual TSH: 0.48 (while on 150 mcg) 1/20

**Rx#:** 160216-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 01/23/20    **Exp:** 07/21/20    **D/C:** 02/25/20    **Pharmacy Dispensings:** 90 TAB in 63 days

LevoTHYROXINE Sodium  50 MCG Tab

Take 2 and 1/2 (two and a half) tablets (125 MCG) by mouth each morning on empty stomach Take with a glassful of water ***note decreased dose*** 2-25-2020

**Rx#:** 161383-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 02/25/20    **Exp:** 08/23/20    **Pharmacy Dispensings:** 75 TAB in 30 days

Lisinopril 10 MG Tab

Take one tablet (10 MG) by mouth daily for high blood pressure NEW 12-4-18

**Rx#:** 153954-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 07/30/19    **Exp:** 01/26/20    **D/C:** 01/23/20    **Pharmacy Dispensings:** 150 TAB in 240 days

Metoprolol Tartrate  25 MG Tab

Take one tablet (25 MG) by mouth twice daily with food for high blood pressure (do not abruptly stop taking, may cause severe high blood pressure) ***note increased dose*** 7/18

**Rx#:** 153956-MIL    **Doctor:** Scherle, Gregory A. MD/CD
**Start:** 07/30/19    **Exp:** 01/26/20    **D/C:** 01/23/20    **Pharmacy Dispensings:** 300 TAB in 240 days

Metoprolol Tartrate  25 MG Tab

Take one tablet (25 MG) by mouth twice daily with food for high blood pressure (do not abruptly stop taking, may cause

**EXHIBIT B**

**ST. JOSEPH MERCY HOSPITAL, ANN ARBOR**
St. Joseph Mercy Hospital - Ann Arbor
Ypsilanti, MI 48197

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | THOMPSON, THOMAS G |
| MRN: | (aao)-037726276 |
| Date of Birth: | 4/15/1952 |
| Admit Date: | 6/16/2019 |
| Discharge Date: | 6/18/2019 |
| Account Number: | 025835370-6165 |
| Patient Type: | Inpatient |
| Attending: | Eagers MD, Drew W |

Cardiology/Cardiovascular

DOCUMENT NAME:
ELECTRONICALLY SIGNED BY: Cardiac Rehab Phase I Form

Cardiac Rehab Phase I Form
06/18/19 07:29 EDT Performed by Bancroft, Jennifer L
Entered on 06/18/19 07:29 EDT

Cardiac Rehab Phase I Form
------------------------------

Referral for Phase II Cardiac Rehab

Referral recieved and chart reviewed. patiet is not appropriate for outpatient phase II cardiac rehab due to pt is a prisoner. Please reorder if status changes. Jenny Bancroft, CEP 2-9794

DOCUMENT NAME:
ELECTRONICALLY SIGNED BY: Cardiac Catheterization
Steele MD, Robert L (6/18/2019 09:20 EDT)

Catheterization Report
Saint Joseph Mercy Health System
St. Joseph Mercy Ann Arbor

PATIENT: THOMPSON, THOMAS
FIN NO: 258353709165
DICTATING CLINICIAN: ROBERT L STEELE MD
DATE OF BIRTH: 04/15/1952
PROCEDURE DATE: 06/17/2019
PT. LOCATION: SJRR
PATIENT TYPE: IP

PROCEDURE:
1. Left heart catheterization.
2. Coronary angiography.

INDICATION:
Chest pain, abnormal stress test, known coronary disease.

FINDINGS:
FLUOROSCOPY:
There is mild coronary calcification. There is a stent identified in the LAD.

SEDATION:
Moderate conscious sedation was utilized.

HEMODYNAMICS:
Systemic pressure is approximately 90. Left ventricular end-diastolic pressure was 5, 500

Printed Date/Time: 6/19/2019 15:40 EDT
Report Request ID: 213970966

508

**ST. JOSEPH MERCY HOSPITAL, ANN ARBOR**
St. Joseph Mercy Hospital - Ann Arbor

Ypsilanti, MI 48197-

A Member of Trinity Health
Livonia, Michigan

| | |
|---|---|
| Patient Name: | **THOMPSON, THOMAS G** |
| MRN: | (asc)-037728276 |
| Date of Birth: | 4/15/1952 |
| Admit Date: | 6/16/2019 |
| Discharge Date: | 6/18/2019 |
| Account Number: | 025835370-9165 |
| Patient Type: | Inpatient |
| Attending: | Engers MD, Drew W |

## Cardiology/Cardiovascular

mL fluid bolus was administered.

FINDINGS:
LEFT CORONARY ARTERY:
Left main coronary artery tapers slightly to 30-40% narrowing. The LAD has 30% narrowing proximally leading up to the septal and diagonal bifurcation. There were actually 2 diagonals that arise near the same portion, each has plaquing near their origin, less than 30%. The LAD has a patent stent with 50% smooth in-stent re-stenosis at the distal edge of the stent. The LAD reaches just around the apex.

The circumflex vessel has a parallel marginal branches running to the lateral apex that are free of focal obstruction.

RIGHT CORONARY ARTERY:
The right coronary artery is very large in distal distribution with a posterior descending long posterior left ventricular branch running up the lateral apex. There is 90% narrowing in the mid third, which may have thrombus. At the distal third, there is a focal eccentric 95% narrowing. There is TIMI 2 flow.

LEFT VENTRICLE:
Left ventriculography was not performed, pressures were measured..

COMMENT:
We proceeded with intervention. A right Judkins guide was used with a balanced middleweight wire. Heparin was administered, I-STATs monitored, Brilinta given at the conclusion, 180.

Balanced middleweight wire was worked down into the posterior descending branch followed by 2.5 x 15 balloon used to dilate the distal and then proximal lesions. Subsequently, a 3.0 x 18 was appropriately positioned, deployed distally and postdilated to approximately 3.6. A 3.5 x 18 stent was placed proximally and postdilated to 3.9. Multiple doses of intracoronary nitroglycerin were administered.

POST-INTERVENTION:
RIGHT CORONARY ARTERY:
The right coronary artery is widely patent at the site of the prior 2 lesions. There is TIMI-3 flow into the distal vessel.

COMMENT:
Right radial approach was utilized, regular TR band was used for hemostasis.

FINAL IMPRESSION:
1. Left ventricular end-diastolic pressure 5.
2. Mild left main plaquing 30%, preserved lumen.
3. Mild in-stent restenosis left anterior descending, maximum 50%, smooth.
4. Plaquing origin of the diagonal branches.
5. High-grade lesions of right coronary at 2 locations successfully stented with drug-eluting stents.

Printed Date/Time: 6/19/2019 15:40 EDT
Report Request ID: 213970966

509

EXHIBIT C

# Bureau of Prisons

## Statistics re FCI Milan (which includes FDC Milan)

(https://www.bop.gov/coronavirus)

|  | Inmates testing positive for COVID-19 | Staff testing positive for COVID-19 | Inmate deaths | Staff deaths | Inmates recovered | Staff recovered |
|---|---|---|---|---|---|---|
| 12/07/2020 | 15 | 6 | 3 | 0 | 85 | 55 |
| 12/09/2020 | 29 | 8 | 3 | 0 | 85 | 55 |
| Increase between 12/07/20 and 12/09/20 | 14 Note 1 | 2 Note 2 | | | | |

Note 1   2-day 93.3% increase in inmates testing positive for COVID-19

Note 2   2-day 33.3% increase in staff testing positive for COVID-19