UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : Case No. 2:15-cr-081 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| THOMAS G. THOMPSON, | : |
| | : |
| Defendant. | : |

**ORDER**

For the reasons stated on the record at the Compliance Hearing held on October 11, 2022, Defendant Thomas G. Thompson shall have until October 25, 2022, to obtain legal counsel in this case. Mr. Thompson is directed to apprise the Court promptly once counsel is retained.

On September 13, 2022, the Court ordered that Mr. Thompson's response to Interested Party John Pidcock's Amended Motion to Inspect and Take Custody of Property Seized from Criminal Defendant (ECF No. 236) would be due on September 27, 2022. (ECF No. 240 at 7). Mr. Thompson has not yet filed his response. If Mr. Thompson does not advise the Court by October 25, 2022, that he has obtained counsel and that he intends to file a response, the Court will proceed to rule on the motion. Additionally, absent extenuating circumstances, the Court orders that Mr. Thompson arrange for Dr. Betsy Keller's medical report concerning the results of his cardiopulmonary exercise test ("CPET") to be delivered to the Court for confidential review on or before October 25, 2022.[1]

In the interim, this case is set for a compliance hearing regarding Mr. Thompson's civil

---

[1] On February 15, 2022, the Court recently ordered medical testing related to Mr. Thompson's claimed ailment of "systemic exertion intolerance disease." (See ECF No. 232). The Court understands that testing is complete and that the results have been analyzed by an outside specialist, Dr. Betsy Keller. As was true at the time the Court issued its September 13, 2022 Order (ECF No. 240), the analysis has still yet to be tendered for the Court's *in camera* review.

contempt on Friday, December 9, 2022, at 9:30 a.m. Parties and counsel are to appear in Courtroom 1, Room 331 of the United States Courthouse located at 85 Marconi Boulevard, Columbus, Ohio.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: October 13, 2022**