UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : CASE NO. 2:15-cr-00081-001 |
| v. | : CHIEF JUDGE MARBLEY |
| THOMAS G. THOMPSON, | : |
| Defendant. | |

**ORDER**

On order of this Court Defendant Thompson's pro se Motion for a Court Order seeking unmonitored attorney-client phone calls is granted. The Warden at FCI Milan / FDC Milan is directed to provide Inmate Thomas G.. Thompson, #07332-104, unmonitored phone calls to and from his legal counsels upon him demonstrating the needs in accord with BOP phone policy.

5

**Certificate of Service**

I certify that on this 25th day of October, 2022, a copy of the foregoing was filed with the Clerk of Courts, and will or should be served on all counsel of record through the Court's ESF system.

_____s_____

Thomas G. Thompson

#07332-104

FDC Milan

PO Box 1000

Milan, MI 48160