DATE:  Oct. 25, 2022

TO:    Clerk of Courts
         Southern District of Ohio
         Room 121

RE:    *Pro Se* Motion

1. Please file this Amended *Pro Se* motion for Thomas G. Thompson. The referenced exhibits are enroute from FDC Milan via U.S. Mail and will be filed with this Court upon their arrival. These exhibits will detail Mr. Thompson's written communication with FDC Milan re his lack of access to phones.

2. Mr. Thompson is incarcerated some 200 miles away, and cannot file this motion in person. He requested that I drop it off to your office. I appreciate you delivering it electronically to Judge Marbley and others.

3. <u>Please deliver a time-stamped copy to me, to the address below.</u>

4. Please follow the BOP / FDC Milan established protocol for "legal mail" to inmates, which requires that it be clearly marked *in red* on the envelope as "Legal Mail", "Privileged and Confidential", and "To be opened in the presence of the inmate". When his legal mail is not so marked, Mr. Thompson often does not receive it until after Court deadlines have passed.

Thank you!

*Francis Michael Lorz*
Francis Michael Lorz
2211 Cheltenham Road
Columbus, OH 43220
614 395-3884