# Lorz Communications, LLC

*Research. Analysis. Written Reports*

2211 Cheltenham Road
Columbus, OH 43220
614 395-3884

DATE: Dec. 8, 2022

TO: Clerk of Courts
Southern District of Ohio
Room 121

RE: Two *Pro Se* Motion

1. Please file these two *Pro Se* Motion for Thomas G. Thompson. Mr. Thompson is incarcerated some 200 miles away and cannot file it in person. He asked me to drop it off to your office.

2. I appreciate you delivering it electronically to Judge Marbley and others.

3. Please deliver a time-stamped copy to me, to the address below.

4. Please also send a time-stamped copy to Mr. Thompson, clearly marking the envelope as **"LEGAL MAIL"**, and **"To be opened only in the presence of the inmate."** Such "LEGAL MAIL" gets to him timely. Any other addressing method may take two weeks or longer to get to him.

Thank you!

*Francis Michael Lorz*
Francis Michael Lorz
2211 Cheltenham Road
Columbus, OH 43220

**RECEIVED**
DEC 08 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

My mobile phone number is 614 395-3884