IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:15-CR-00081 |
| -vs- | : | JUDGE MARBLEY |
| THOMAS G. THOMPSON, | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the motion of Interested Party The Dispatch Printing Company ("TDPC") for leave to file its unredacted memorandum in opposition to Defendant's amended motion to rescind contempt order and financial exhibits under seal. For good cause shown, TDPC's motion is hereby GRANTED. It is hereby ORDERED that TDPC is permitted to file its unredacted memorandum in opposition to Defendant's amended motion to rescind contempt order and supporting exhibits under seal.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: May 30, 2023**