UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No.  2:15-cr-00081 |
| vs. | : | JUDGE MARBLEY |
| | : | |
| THOMAS G. THOMPSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Now comes Keith E. Golden, Golden & Meizlish Co., LPA, and notifies the Court and other parties herein of his withdrawal as counsel of record for the Defendant.   A Memorandum in Support follows hereinafter.

Respectfully Submitted,

**GOLDEN & MEIZLISH, CO., LPA**

By: /s/ Keith E. Golden
KEITH E. GOLDEN  (0011657)
923 E. Broad Street
Columbus, Ohio 43205
Ph: (614) 258-1983
Fx: (614) 253-5071
Email: keg@golmeiz.com

## MEMORANDUM IN SUPPORT

On February 14, 2025, counsel filed herein a Notice of Appeal on behalf of Defendant of the Opinion & Order entered in this action on January 31, 2025. (ECF No. 321)  Thereafter, counsel filed the requisite filings with the Sixth Circuit Court of Appeals including a Notice of Appearance under his duty of continued representation in an appeal as required by 6 Cir. R. 12 (c)(1).

On March 6, 2025, counsel filed in the Sixth Circuit proceeding an Amended Motion to Withdraw as counsel of record for Defendant-Appellant. (6 Cir. ECF Doc. 6)  On March 7, 2025, the Sixth Circuit Court granted the motion and ordered that counsel be granted leave to withdraw as counsel for Defendant-Appellant. (6 Cir. ECF Doc. 10-2)  A copy of the order is attached hereto and marked Exhibit "A".   Accordingly, on March 10, 2025, counsel sent a letter to Defendant with a copy of the order further notifying him of the termination of the attorney-client relationship.

Respectfully Submitted,

**GOLDEN & MEIZLISH, CO., LPA**

By: /s/ Keith E. Golden
KEITH E. GOLDEN  (0011657)
923 E. Broad Street
Columbus, Ohio 43205
Ph: (614) 258-1983
Fx: (614) 253-5071
Email: keg@golmeiz.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice  was served via the Court's electronic filing system  upon all parties connected to such service  on this 18th  day of March, 2025, and via ordinary US mail upon the Defendant as follows:

Thomas G. Thompson # 07332104
F.C.I. Milan
P.O. Box 1000
Milan, MI  48160

**GOLDEN & MEIZLISH, CO., LPA**

By: /s/ Keith E. Golden
KEITH E. GOLDEN  (0011657)
923 E. Broad Street
Columbus, Ohio 43205
Ph: (614) 258-1983
Fx: (614) 253-5071
Email: keg@golmeiz.com