IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| V. | Case No. 2:15-cr-081 |
| THOMAS G. THOMPSON, SSN: \*\*\*-\*\*-3835 | Judge Algenon L. Marbley |
| DEFENDANT, | |
| AND | |
| THE VANGUARD GROUP, INC., | |
| GARNISHEE. | |

## WRIT OF CONTINUING GARNISHMENT

TO THE ATTENTION OF: The Vanguard Group, Inc.
ATTN: Office of the General Counsel-M35
100 Vanguard Blvd.
Malvern, PA 19355

An application for a Writ of Continuing Garnishment against the property of Defendant Thomas G. Thompson ("Defendant") has been filed with this Court. A judgment was entered against Defendant Thompson in this case on January 31, 2025 in the amount of $250,100. (ECF No. 317 at 7). The amount of the debt that remains unpaid and due and owing is $250,000. The Government is represented by Joseph M. McCandlish, Assistant United States Attorney.

You are required by law to answer in writing, under oath, within 10 days, whether or not you have in your custody, control or possession, any property owned by Defendant Thompson.

1

You must file the original written answer to this Writ within 10 days of your receipt of this Writ with the United States District Clerk at:

>Clerk
>U.S. District Court
>85 Marconi Blvd.
>Columbus, OH 43215

Additionally, you are required by law to serve a copy of this answer upon Defendant at:

>Thomas G Thompson – BOP#07332-104
>FCI Butner Low
>P.O. Box 999
>Butner, NC  27509

You must also serve a copy of this answer on the United States at:

>Joseph M. McCandlish, Assistant United States Attorney
>U.S. Attorney's Office for the Southern District of Ohio
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio 43215-2401
>(614) 469-5715

**NOW THEREFORE, YOU ARE HEREBY COMMANDED** to withhold and retain any property and/or monies in which Defendant has a substantial nonexempt interest and for which you are or may become further indebted to Defendant pending further order of the Court.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of Defendant's non-exempt property. It is unlawful to pay or deliver to Defendant any item attached by this Writ.  Additionally, you may be held liable for reasonable attorney's fees to the United States of America.

The garnishment shall terminate only by one of the following:

1. A court order quashing the Writ of Continuing Garnishment;

2. Exhaustion of property in the possession, custody or control of the garnishee in which Defendant has a substantial nonexempt interest (including nonexempt disposable earnings) unless the garnishee reinstates or re-employs Defendant within 90 days after Defendant's dismissal or resignation; or

3. Satisfaction of the debt with respect to which the Writ is issued.

Questions are to be directed to:

> Joseph M. McCandlish, Assistant United States Attorney
> U.S. Attorney's Office for the Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215-2401
> (614) 255-1639

**DATE: February 19, 2026**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**